# JS - 6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A&M Trust Co., <br><br> Plaintiff, <br><br> v. <br><br> Rolls-Royce Motor Cars NA, LLC, et al, <br><br> Defendant(s). | SACV 18-1595JVS(DFMx) <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: 9/5/19

_____
James V. Selna
United States District Judge